## JONES v. MAUPIN

(Decided May 20, 1930.)

John W. Walker for movant.

H. M. Shumate opposed.

PER CURIAM. Judgment for $250 in an action on promissory note.

Appeal denied. Judgment affirmed.

## MASON v. BRADSHAW, HAGAN AND COMPANY

(Decided May 20, 1930.)

James & James for movant.

J. C. Carter, Jr., opposed.

PER CURIAM. Judgment for $294.23 in an action on contract.

Appeal denied. Judgment affirmed.

## MASON v. EMMERT BROTHERS AND WILLIAMS

(Decided May 20, 1930.)

James & James for movant.

J. C. Carter, Jr., opposed.

PER CURIAM. Judgment for $267.40 in an action on contract.

Appeal denied. Judgment affirmed.